MDR

WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Wayne Derello, Jr., | No.   CV 21-01946-PHX-MTL (JFM) |
| Plaintiff, | |
| v. | **ORDER** |
| Unknown, | |
| Defendant. | |

On November 15, 2021, Plaintiff Douglas Wayne Derello, Jr., who is confined in the Arizona State Prison Complex-Eyman, filed a pro se civil rights Motion to Perpetuate Preservation of Documents pursuant to Rule 27(a) of the Federal Rules of Civil Procedure. Plaintiff did not pay the $49.00 miscellaneous filing fee or file an Application to Proceed In Forma Pauperis.  The Court will give Plaintiff 30 days to pay the filing fee or file a complete Application to Proceed In Forma Pauperis.[1]

. . . .

. . . .

---

[1] Plaintiff should take note that a duty to preserve evidence arises "when a party knows or should know that certain evidence is relevant to pending or future litigation." *Surowiec v. Cap. Title Agency, Inc.*, 790 F. Supp. 2d 997, 1005 (D. Ariz. 2011) (quoting *Ashton v. Knight Transp., Inc.*, 772 F. Supp. 2d 772, 800 (N.D. Tex. 2011)). **In addition to filing a Rule 27(a) motion**, Plaintiff can separately request Arizona Department of Corrections officials retain "in the anticipation of litigation" the video footage he refers to in his Motion. *See* Fed. R. Civ. P. 37(e) (authorizing sanctions "[i]f electronically stored information that should have been preserved in the anticipation or conduct of litigation is lost because a party failed to take reasonable steps to preserve it, and it cannot be restored or replaced through additional discovery").

JDDL

1    **I.      Payment of Filing Fee**

2          The fee for filing "any document that is not related to a pending case or proceeding"

3    is $49.00.  *See* 28 U.S.C. § 1914(b); Judicial Conference Schedule of Fees, District Court

4    Miscellaneous Fee Schedule 1 (effective Dec. 1, 2020), foll. 28 U.S.C. § 1914.  A prisoner

5    must either pay the $49.00 filing fee in a lump sum or, if granted the privilege of proceeding

6    in forma pauperis, pay the $49.00 filing fee incrementally as set forth in 28 U.S.C.

7    § 1915(b)(1).    An application to proceed in forma pauperis requires an affidavit of

8    indigence and a *certified* copy of the inmate's trust account statement for the six months

9    preceding the filing of the Motion.  *See* 28 U.S.C. § 1915(a)(2).  An inmate must submit

10   statements from each institution where he was confined during the six-month period.  *Id.*

11   To assist prisoners in meeting these requirements, the Court requires use of a form

12   application.  LRCiv 3.4.

13         If a prisoner is granted leave to proceed in forma pauperis, the Court will assess an

14   initial partial filing fee of 20% of either the average monthly deposits or the average

15   monthly balance in Plaintiff's account, whichever is greater.  28 U.S.C. § 1915(b)(1).  An

16   initial partial filing fee will only be collected when funds exist.  28 U.S.C. § 1915(b)(4).

17   The balance of the $49.00 filing fee will be collected in monthly payments of 20% of the

18   preceding month's income credited to an inmate's account, each time the amount in the

19   account exceeds $10.00.  28 U.S.C. § 1915(b)(2).

20         Because Plaintiff has not paid the $49.00 filing fee or filed an Application to

21   Proceed In Forma Pauperis, Plaintiff will be permitted 30 days from the filing date of this

22   Order to submit a properly executed and certified Application to Proceed In Forma

23   Pauperis, using the form included with this Order, or pay the $49.00 filing and

24   administrative fees.

25         The Arizona Department of Corrections (ADC) has notified the Court that a

26   certified trust fund account statement showing deposits and average monthly balances is

27   available from the ADC's Central Office.  *Accordingly, Plaintiff must obtain the certified*

28

JDDL

1    *copy of his ADC trust fund account statement for the six months immediately preceding the*

2    *filing of the Complaint from the ADC's Central Office.*

3    **II.      Warnings**

4              **A.      Address Changes**

5         Plaintiff must file and serve a notice of a change of address in accordance with Rule

6    83.3(d) of the Local Rules of Civil Procedure.  Plaintiff must not include a motion for other

7    relief with a notice of change of address.  Failure to comply may result in dismissal of this

8    action.

9              **B.      Possible Dismissal**

10        If Plaintiff fails to timely comply with every provision of this Order, including these

11   warnings, the Court may dismiss this action without further notice.  *See Ferdik v. Bonzelet*,

12   963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure

13   to comply with any order of the Court).

14   **IT IS ORDERED:**

15        (1)     Within **30 days** of the date this Order is filed, Plaintiff must either pay the

16   $49.00 filing fee **or** file a complete Application to Proceed In Forma Pauperis and a

17   certified six-month trust account statement.

18        (2)     If Plaintiff fails to either pay the $49.00 filing fee or file a complete

19   Application to Proceed In Forma Pauperis within 30 days, the Clerk of Court must enter a

20   judgment of dismissal of this action without prejudice and without further notice to Plaintiff

21   and deny any pending unrelated motions as moot.

22   . . . .

23   . . . .

24   . . . .

25   . . . .

26   . . . .

27   . . . .

28   . . . .

JDDL

1    (3)    The Clerk of Court must mail Plaintiff a court-approved form for filing an

2   Application to Proceed In Forma Pauperis (Non-Habeas).

3         Dated this 23rd day of November, 2021.

4

5

6                                              Michael T. Liburdi
                                               United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28